

U.S. DISTRICT COURT

James Clifford Parham
P.O. Box 10081
Portland, ME 04104
(207)-615-5321

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JAMES CLIFFORD PARHAM, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>SACO RIVER REALTY, LLC d/b/a )<br>SACO RIVER ASSOCIATES, )<br>Defendant. )<br>_____) | Civil Action No._____<br><br>COMPLAINT FOR REFUSAL TO RENT<br>APARTMENT ON BASIS OF RACE<br>(Jury Trial Requested) |

### COMPLAINT

#### I Parties and Jurisdiction

1. Plaintiff, James Clifford Parham, is a citizen of the United States, and is a resident of the state of Maine.
2. Defendant, Saco River Realty, LLC, is a limited liability company organized and operated under the laws of the state of Maine, doing business as Saco River Associates, in Biddeford.
3. Defendant's mailing address is 193 Main Street, Suite 106, Biddeford, Maine 04005.
4. Defendant owns and manages (through its agent) a residential rental property located at 148 Main Street, in Biddeford. There are at least seventeen (17) units at this location. None are occupied by African-Americans.
5. The acts of defendant set forth in this complaint constitute a violation of 42 USC 3604.
6. This Court has subject-matter jurisdiction of this action under 28 USC 1331.

#### II Claim for Relief

7. On August 22, 2011, plaintiff submitted a rental application to the defendant for an apartment located at 148 Main Street, in Biddeford. An appointment was made to view unit #17 on August 25, 2011 and General Manager Audra Neisig asked the plaintiff if he was prepared to pay the security deposit on that date. Plaintiff replied yes.
8. On August 25, 2011, an associate referred to as "Penny" showed the plaintiff unit #17. Plaintiff offered to pay the security deposit after the showing, but "Penny" refused to accept payment. Plaintiff requested to see the General Manager, but was told that she was unavailable.
9. On August 26, 2011, plaintiff went back to Saco River Associates and requested to see Audra Neisig, but was told again that she was unavailable. A different associate revealed to plaintiff that the General Manager had yet to contact a single reference or previous landlord named in his application.

10. On August 27, 2011, Audra Neisig called to inform the plaintiff that his application was being denied. The General Manager gave no reason(s) for the denial of plaintiff's application.
11. The acts of defendant were done willfully with the intent and result of discriminating against plaintiff because he is African-American.

### III  Relief Sought

A. Jury Trial
B. Punitive damages for pain , suffering, emotional distress

### IV Conclusion

For the foregoing reasons, it is respectfully requested that relief be granted.

RESPECTFULLY SUBMITTED this 15th day of December, 2011.

By _____
JAMES CLIFFORD PARHAM
Plaintiff

-2-